MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
24301 Southland Blvd. Suite 200
Hayward, CA 94545-1541
(510) 266-5580

*ORIGINAL*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 13 |
| KISHA LEE GONSALVES, | CASE NO. 08-40955 EDJ 13 |
| Debtor | STIPULATION REGARDING DISCHARGE OF DEBTOR IN CHAPTER 13 CASE KISHA LEE GONSALVES ONLY |

IT IS HEREBY STIPULATED AND AGREED TO between the parties hereto, as follows:

1. The debtor filed for Chapter 13 relief on February 29, 2008. As such this case is subject to the provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (BAPCPA).

1

2. Section 1328 (f)(1) as Amended provides that debtors may not receive a discharge in the current case if they received a discharge in a prior Chapter 7 filed during the 4-year period preceding the date of filing in this matter.

3. Debtor Keisha Lee Gonsalves filed for relief under Chapter 7 of the Bankruptcy Code on September 16, 2005 and received a discharge in that matter on December 30, 2005.

4. 4-years have not passed since the filing of the Chapter 7; therefore the debtor is not entitled to a discharge in the present Chapter 13 case.

5. The debtor desires to have the plan confirmed and make all the payments pursuant to the plan. Therefore the debtor and the Chapter 13 Trustee agree that upon completion of all plan payments pursuant to the confirmed plan or any approved modified plan the Trustee shall request that the case be closed and her bond be discharged without the Court issuing the debtor a discharge.

6. The Court shall not issue the debtor a discharge at the completion of this case.

2

| | |
|---|---|
| 11-5-08 <br> Date | *[signature]* <br> MARTHA G. BRONITSKY, ESQ. <br> Chapter 13 Standing Trustee |
| 10-14-08 <br> Date | *[signature]* <br> KEISHA LEE GONSALVES <br> Debtor |
| 9-7-08 <br> Date | *[signature]* <br> PATRICK L. FORTE, ESQ. <br> Attorney for Debtor |